# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ANTHONY LIDDELL, JR.,

       Plaintiff,

v.

OFFICER GARCIA, OFFICER GENIKE, and SGT. LACOMBE,

       Defendants.

Case No. 16-CV-472-JPS

**ORDER**

  Plaintiff, who at the relevant time was incarcerated at the Racine County Jail, filed a *pro se* complaint alleging that his civil rights were violated while he was incarcerated. (Docket #1). Before the Court is Defendants' January 23, 2017 motion to compel discovery responses. (Docket #24). To date, Plaintiff has filed no response, and the time for doing so has expired. *See* Civ. L. R. 7(b). On that basis alone, the Court may grant the motion. *See id.* 7(d) ("Failure to file a memorandum in opposition to a motion is sufficient cause for the Court to grant the motion.").

  Consideration of the merits of the motion also counsels in favor of granting it. In the motion, Defendants assert that they served discovery requests on Plaintiff in December 2016 to which they have received no response whatsoever. (Docket #25 at 1–2). They wrote Plaintiff a letter in an attempt to elicit responses, but Plaintiff has steadfastly ignored them. *Id.* at 2. Plaintiff does not oppose these representations. The Court must therefore grant Defendants' motion to compel responses pursuant to Federal Rule of Civil Procedure 37(a).

  Plaintiff must furnish responses to Defendants' discovery requests no later than **March 1, 2017**. **No extensions of that deadline will be granted**. If Plaintiff does not comply with this order, he is warned that the Court will

impose a monetary sanction against him and may also impose evidentiary sanctions or dismiss this action. *See* Fed. R. Civ. P. 37(b); Civ. L. R. 41(c); *McInnis v. Duncan*, 697 F.3d 661, 664 (7th Cir. 2012). The Court has already once had to order Plaintiff to notify it whether he intends to prosecute this action, *see* (Docket #10), and it will not continue to prod Plaintiff through the prosecution of his own lawsuit. Plaintiff must engage with his obligations in this litigation or he will be subject to appropriate consequences.

Accordingly,

**IT IS ORDERED** that Defendants' motion to compel discovery responses (Docket #24) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiff shall serve responses to Defendants' discovery requests identified in their motion no later than **March 1, 2017**. Failure to comply with this order will result in the imposition of sanctions, including potential dismissal of the action without further notice.

Dated at Milwaukee, Wisconsin, this 16th day of February, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge